UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                          No. 2:11-cr-20011-001

CHRISTIAN JHIOVANNY ZAVALZA                                                              DEFENDANT

**ORDER**

Before the Court is Defendant Christian Jhiovanny Zavalza's motion for early termination of supervised release (Doc. 120). Mr. Zavalza is currently serving a 2-year term of supervised release following revocation of his previous term of supervised release, *see* Doc. 103, which in turn followed his plea of guilty to conspiracy to distribute more than 500 grams of methamphetamine, for which he was sentenced to 135 months of imprisonment,[1] *see* Doc. 47, p. 1. Mr. Zavalza's current term of supervised release began on June 24, 2022, and is scheduled to expire on June 24, 2024. Mr. Zavalza seeks early termination so he can attend his daughter's quinceañera birthday celebration at her mother's residence in Mexico in March.

The Court may terminate a term of supervised release at any time after the expiration of one year of supervised release if, after considering the factors enumerated in 18 U.S.C. § 3553(a), "it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). A court has discretion to consider a broad range of factors when considering whether to terminate a supervised release period. *See United States v. Vasquez*, 77 F. App'x 387, 388 (8th Cir. 2003) (citing *United States v. Pregent*, 190 F.3d 279, 282–83 (4th Cir. 1999)). Mr. Zavalza's probation officer does not oppose early termination, and has confirmed

---

[1] Mr. Zavalza's prison sentence was later reduced to 120 months under 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Amendments 782 and 788. *See* Doc. 78.

1

that Mr. Zavalza has remained compliant with his conditions of supervised release. The Government has been advised of the motion and also does not oppose it. The Court has considered the factors in 18 U.S.C. § 3553(a) and finds that Mr. Zavalza's conduct and the interests of justice warrant early termination of his supervised release.

    IT IS THEREFORE ORDERED that Mr. Zavalza's motion for early termination of supervised release (Doc. 120) is GRANTED.

    IT IS SO ORDERED this 24th day of January, 2024.

    /s/ P. K. Holmes, III
    P.K. HOLMES, III
    U.S. DISTRICT JUDGE